DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JASON M. RIVERA,

Appellant,

v.

CLAIRE McGILL,

Appellee.

No. 2D2025-0592

_____

April 29, 2026

Appeal from the Circuit Court for Manatee County; Kevin Bruning, Judge.

Jason M. Rivera, pro se.

Alexandra Hershorn and Jeffrey L. Blostein of Cohen & Blostein, P.A., Fort Lauderdale, for Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.